**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     TASF, LLC d/b/a Turnaround Special Forces, LLC Eddie Garza, Clint Dewispelaere, Alex Castillo and John Ruff v. Turn2 Specialty Companies, LLC and Turn2 Workforce Solutions, LLC

Appellate case number:   01-21-00089-CV

Trial court case number: 2020-80734

Trial court:             281st District Court of Harris County

This Court has become aware that the trial court signed an order on November 10, 2021, granting in part and denying in part Defendant's Motion to Modify the Temporary Injunction.

The Harris County District Clerk shall file a supplemental clerk's record **within 7 days of the date of this order** including the trial court's November 10, 2021, granting in part and denying in part Defendant's Motion to Modify the Temporary Injunction.

It is so ORDERED.

Judge's signature: __Justice Peter Kelly_____
                   ☑ Acting individually     ☐ Acting for the Court

Date: __January 13, 2022_____